IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LARRY D. BELL,<br><br>Petitioner,<br><br>v.<br><br>BRANDON KELLY, Superintendent,<br>Oregon State Penitentiary,<br><br>Respondent. | Case No. 6:19-cv-01690-SB<br><br>**ORDER** |

**BECKERMAN, U.S. Magistrate Judge.**

The Court GRANTS Petitioner's Motion for Voluntary Dismissal (ECF No. 18). This proceeding is DISMISSED, without prejudice.

**IT IS SO ORDERED.**

DATED this 16th day of March, 2020.

STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 1 - ORDER